UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ABRAHAM ROJAS ORTIZ, LUIS BELISARIO
GUAMAN CHIMBORAZO, and PEDRO JAVIER
ROSALES ROJAS, individually and on behalf of
others similarly situated,

                              ORDER

              Plaintiffs,

                              19 Civ. 3869 (GBD)

    -against-

240 BBJ PUB INC. d/b/a JACK DOYLE'S
IRISH PUB, LAML LLC d/b/a JOHN
SULLIVANS BAR & GRILL, JOHN
CREEGAN, BRENDAN CREEGAN, AND
BRENDAN DONOGHUE,

             Defendants.
------------------------------------- x
GEORGE B. DANIELS, United States District Judge:

      This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

      All conferences previously scheduled are adjourned *sine die*.

Dated: November 14, 2019
      New York, New York

                                          SO ORDERED.

                                          *George B. Daniels*
                                          GEORGE B. DANIELS
                                          United States District Judge