**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ABRAHAM ROJAS ORTIZ, LUIS BELISARIO
GUAMAN CHIMBORAZO, and PEDRO JAVIER
ROSALES ROJAS,individually and on behalf of
others similarly situated,

                    Plaintiffs,

      -against-

240 BBJ PUB INC. (D/B/A JACK DOYLE'S IRISH
PUB), LAML LLC (D/B/A JOHN SULLIVANS
BAR & GRILL), JOHN CREEGAN, BRENDAN
CREEGAN, AND, BRENDAN DONOGHUE,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

19 Civ. 03869 (GBD) (OTW)

GEORGE B. DANIELS, District Judge:

      This Court having been advised that the parties have reached agreement on all issues in

this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without

prejudice to restoring the action to this Court's docket if an application to restore is made within

thirty (30) days.

      All conferences previously scheduled are adjourned sine die.

Dated: November 4, 2020
      New York, New York

SO ORDERED.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE