UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

ABRAHAM ROJAS ORTIZ, LUIS BELISARIO
GUAMAN CHIMBORAZO, and PEDRO JAVIER
ROSALES ROJAS, individually and on behalf of
others similarly situated,

                              Plaintiffs,

    -against-

240 BBJ PUB INC. (D/B/A JACK DOYLE'S IRISH
PUB), LAML LLC (D/B/A JOHN SULLIVANS
BAR & GRILL), JOHN CREEGAN, BRENDAN
CREEGAN, and, BRENDAN DONOGHUE,

                              Defendants.

------------------------------------ x

ORDER

19 Civ. 3869 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The parties report that this case has settled. (ECF No. 45.) Plaintiffs shall move for approval of the settlement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), no later than May 7, 2021.

Dated: New York, New York
       April 7, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge