UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ABRAHAM ROJAS ORTIZ, LUIS BELISARIO
GUAMAN CHIMBORAZO, and PEDRO JAVIER
ROSALES ROJAS, *individually and on behalf of
others similarly situated*,

         Plaintiffs,

-against-

240 BBJ PUB INC. (D/B/A JACK DOYLE'S IRISH
PUB), LAML LLC (D/B/A JOHN SULLIVANS
BAR & GRILL), JOHN CREEGAN, BRENDAN
CREEGAN, and, BRENDAN DONOGHUE,

         Defendants.
------------------------------------- x

ORDER

19 Civ. 3869 (GBD)(OTW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 12 2021

GEORGE B. DANIELS, United States District Judge:

Plaintiffs and Defendants have reached a settlement in this FLSA action and jointly move this Court for an order approving the settlement. (ECF No. 54.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint motion for settlement approval, together with the exhibits attached thereto, hereby GRANTS the parties' motion and FURTHER ORDERS that:

1. The settlement payment to Plaintiffs in the amount of $46,964.00 is approved;

2. The payment of attorneys' fees and expenses to Plaintiffs' attorneys in the amount of $23,036.00 is approved.

Dated: New York, New York
    May 12, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge